UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF INTERIOR, et al., <br><br> Defendants. | Civil Action No. 26-0370 (TNM) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's March 12, 2026, Minute Order, Plaintiff, Democracy Forward Foundation, and Defendants, Department of Interior ("Department") and its component agencies, U.S. Fish and Wildlife Service, National Park Service, U.S. Geological Survey, and Bureau of Land Management, hereby submit the following joint proposed schedule for further proceedings in this Freedom of Information Act ("FOIA") matter.

1. Plaintiff filed this suit on February 9, 2026 (ECF No. 1) and filed its amended complaint on February 24, 2026 (ECF No. 7). The FOIA requests at issue relate to certain grant cancellations that the Department undertook in 2025. The seven requests are numbered DOI-2026-002545 (*Daily Caller* Communications Request), DOI-2026-002546 (Guidance and Directives), DOI-2026-002547 (Grant Termination Communications), DOI-2026-002546-2548 (Fish and Wildlife Service), DOI-2026-002546-2549 (Bureau of Land Management), DOI-2026-002550 (National Park Service), and DOI-2026-002551 (U.S. Geological Survey). The parties will refer to each request by the last four numbers of the identifiers.

2. Responses to four of these requests are complete, and responses to the remaining three are in process. The Department reports on the status of the requests as follows:

a.  **Requests 2546, 2548, 2550, and 2551:** The Department has completed its searches and produced any responsive, non-exempt records to Plaintiff.

b.  **Request 2545**: the Department has completed the search and identified 76 pages of responsive records.  The Department anticipates releasing 46 pages by April 30, 2026. The Department will be engaging in an external consultation process for the remaining records and will update the Court on the anticipated timing to complete processing in the next joint status report (JSR).

c.  **Request 2547**:  The Department has completed the search and is reviewing the resulting records for responsiveness.  The Department will update the Court on the anticipated timing for completing the responsiveness review and the number of responsive documents in the next JSR.

d.  **Request 2549:** The Department is engaging in the search and will update the Court on the anticipated timing for processing of any responsive documents in the next JSR.

3.  A motion for an *Open America* stay is not anticipated in this matter.

4.  It is likely that a *Vaughn* index will be prepared and transmitted to Plaintiff.

5.  It is premature to determine whether summary judgment briefing will be required. The parties will continue to confer throughout the course of this action in an effort to reduce and resolve any disputes without necessitating the Court's involvement.

\*     \*     \*

- 3 -

6.      The parties propose to submit a Joint Status Report to the Court by June 15, 2026

to update the Court of the status of the Department's responses.


Dated:  April 10, 2026                          Respectfully submitted,
Washington, DC


*/s/ Anisha Hindocha*                           JEANINE FERRIS PIRRO
Anisha Hindocha (D.C. Bar No. 1725159)          United States Attorney
Daniel A. McGrath (D.C. Bar No. 1531723)
Robin Thurston (D.C. Bar No. 1531399)               */s/ Allison I. Brown*
Democracy Forward Foundation                        ALLISON I. BROWN
P.O. Box 34553                                      Assistant United States Attorney
Washington, D.C. 20043                              601 D Street, N.W.
(202) 448-9090                                      Washington, D.C. 20530
ahindocha@democracyforward.org                      (202) 252-7822
dmcgrath@democracyforward.org                       allison.brown2@usdoj.gov
rthurston@democracyforward.org

                                                *Attorneys for the United States of America*
*Counsel for Plaintiff*


- 3 -