UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 26-00370 (TNM) |

**JOINT MOTION TO CANCEL AUGUST 20, 2026 HEARING**

Pursuant to Federal Rule of Civil Procedure 6(b), the parties jointly move to cancel the hearing with this Court scheduled for August 20, 2026, at 10:00 a.m. The parties further propose that the next joint status report in this Freedom of Information Act ("FOIA") action be due by or on October 13, 2026, and that any subsequent joint status reports be due every 60 calendar days thereafter. Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants conferred with Plaintiff's counsel on August 19, 2026, and Plaintiff joins in this motion.[1] Good cause supports this joint motion, set forth below:

The Court scheduled a hearing for August 20, 2026 "to discuss the status of [FOIA] Request 2545," *see* June 15, 2026 Minute Order, which the parties addressed most recently in their joint status report filed on August 14, 2026, *see* ECF No. 14 ("JSR"). As stated in the JSR, Defendant Department of Interior ("Defendant" or "Department") has identified 76 pages of

[1] The parties understand that pursuant to the Court's Standing Order, ECF No. 5, motions to reschedule hearings must be filed at least four business days prior to the scheduled hearing. The parties are not seeking to reschedule a hearing; instead the parties are seeking to cancel the hearing concerning FOIA Request No. 2545 without a request to reschedule a hearing on this matter.

documents responsive to Request No. 2545; the Department made its first production to Plaintiff of 46 pages on May 4, 2026; and the Department has sent the remaining 30 pages for a consult with another government entity. JSR at 2. In that JSR, Plaintiff asked the Court with respect to Request No. 2545, to "order Defendant [] to complete processing and produce or withhold under claim of exemption the remaining approximately 30 pages responsive to Request 2545 by September 15, 2026," or in the alternative, "that the Court require that a representative from DOI knowledgeable about the processing of this request appear at the Court's August 20 status conference to provide information regarding the consultation and anticipate timeline for production." *Id.*

The parties submit that a hearing concerning Request No. 2545 is no longer necessary, and that it would conserve both the Court's and parties' time and resources to cancel the August 20th hearing. Defendant states that on the afternoon of August 19, 2026, the Department will be producing the remaining 30 pages responsive to Request No. 2545, subject to any FOIA exemption as to the withholding of email addresses. As such, this will resolve Plaintiff's request for production of the remaining 30 pages responsive to Request No. 2545, which the parties understand (based upon the Court's June 15, 2026 and August 17, 2026 Minute Orders) would have been the primary focus of the August 20th hearing.

In its August 17, 2026 Minute Order, the Court directed that in addition to "discuss[ing] the status of Request 2545[,] the parties at the August 20th hearing should "propose a schedule for any future JSRs at the hearing." Aug. 17, 2026 Minute Order. On this topic, the parties propose that the next joint status report be due by or on October 13, 2026, and that any subsequent joint status report be due every 60 calendar days thereafter. A proposed order is attached.

DATED: August 19, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Brett S. Covington
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendant*

/s/ Anisha Hindocha
ANISHA N. HINDOCHA
D.C. Bar #1725159
Daniel A. McGrath
D.C. Bar #1531723
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org

*Counsel for Plaintiff*