UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

DEPARTMENT OF INTERIOR, *et al.*,

Defendants.

Civil Action No. 26-00370 (TNM)

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion to Cancel the August 20, 2026 Hearing, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the August 20, 2026 hearing has been cancelled; that the parties shall file their next joint status report on or before October 13, 2026; and that the parties shall be required to file a joint status report every 60 calendar days calculated from October 13, 2026.

**SO ORDERED**, this ___ day of _____________, 2026.

_______________________________
TREVOR N. MCFADDEN
United States District Judge